# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-09-00290-CR

**Jerel Douglas Bigbee, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 427TH JUDICIAL DISTRICT NO. D-1-DC-07-206024, HONORABLE JIM CORONADO, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Following a bench trial, appellant Jerel Douglas Bigbee was adjudged guilty of murder. *See* Tex. Penal Code Ann. § 19.02 (West 2003). The court assessed punishment, enhanced by a previous felony conviction, at twenty-five years in prison.

The fatal incident took place at a homeless camp under a freeway overpass in north central Austin. Appellant and the deceased, Freddie Black, had been drinking. They began to argue and scuffle, and appellant stabbed Black in the chest. The knife blade penetrated Black's heart, causing his death. The stabbing was witnessed by two other persons, both of whom identified appellant at trial. Appellant testified that he acted in self-defense.

Appellant's court-appointed attorney on appeal has filed a motion to withdraw supported by a brief concluding that the appeal is frivolous and without merit. The brief meets the requirements of *Anders v. California*, 386 U.S. 738 (1967), by presenting a professional evaluation

of the record demonstrating why there are no arguable grounds to be advanced. *See also Penson v. Ohio*, 488 U.S. 75 (1988); *High v. State*, 573 S.W.2d 807 (Tex. Crim. App. 1978); *Currie v. State*, 516 S.W.2d 684 (Tex. Crim. App. 1974); *Jackson v. State*, 485 S.W.2d 553 (Tex. Crim. App. 1972); *Gainous v. State*, 436 S.W.2d 137 (Tex. Crim. App. 1969). After receiving a copy of counsel's brief, appellant filed a pro se brief in response.

We have reviewed the record and find no reversible error. *See Garner v. State*, No. PD-0904-07, 2009 Tex. Crim. App. LEXIS 1739, at *8 (Tex. Crim. App. Dec. 9, 2009); *Bledsoe v. State*, 178 S.W.3d 824, 826-27 (Tex. Crim. App. 2005). We agree with counsel that the appeal is frivolous. The issues raised in appellant's pro se response to counsel's *Anders* brief have no arguable merit. *See Garner*, at *8; *Bledsoe*, 178 S.W.3d at 827. Counsel's motion to withdraw is granted.

The judgment of conviction is affirmed.

_____

Jan P. Patterson, Justice

Before Justices Patterson, Puryear and Pemberton

Affirmed

Filed:   December 18, 2009

Do Not Publish